EBEL, Circuit Judge,
concurring.
In this appeal resolved by a two-judge panel, we have reached a unanimous panel decision as to the disposition of the appeal. Judge Hartz, however, has added a concurrence to express his further views on an issue that is neither dispositive or relevant to our panel decision. His concurrence would be dicta, even if its discussion were included in the panel’s opinion. Our panel decision expressly does not address the meaning of the language used by the parties in their. Contract generally and, in particular, the language the parties included in the Contract’s provision addressing in what court the parties’ disputes should be resolved. Before that question ever comes before this Court, the meaning of the Contract’s language would have to be raised to and addressed first by a trial court with appropriate jurisdiction and then appealed. Assuming that the rules of evidence would allow it, an interpretation of the Contract might profit from parol evidence addressing what the parties intended by their ambiguous language regarding in what court the parties’ disputes should be-resolved.
All this is simply to say that, although I join our two-judge panel opinion, I do not join Judge Hartz’s concurrence and I believe that there is currently an insufficient record before us to address the issues Judge Hartz discusses in his concurrence.